# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ) ) ) ) ) ) Plaintiff, ) ) v. ) ) AMANDA REYNOLDS and JOSEPH ) BECK, ) ) ) Defendants. ) ) | CIVIL ACTION NO. 5:17-CV-284 (MTT) |

## ORDER

In this action for declaratory judgment to determine insurance coverage in the wake of an automobile wreck, Defendant Joseph Beck has moved to add Rite Aid Corporation and Rite Aid of Georgia, Inc. as defendants. Doc. 13. Beck argues that, because the Rite Aid entities are insured by the Plaintiff, Travelers Property Casualty Company of America, Rite Aid "is a necessary and indispensable party to Plaintiff Traveler's Declaratory Complaint and, as such, Rite Aid must be added as a party defendant to provide a full and complete judgment on the issues and questions raised in Traveler's Complaint." *Id.* at 3.

But, as Traveler's points out, Beck has not provided any argument for why the Court should find that the Rite Aid entities are necessary and indispensable parties to this action. Doc. 18 at 5.[1] As the moving party, Beck bears the burden of

---
[1] Beck did not reply to Traveler's response to the motion.

demonstrating to the Court that the Rite Aid entities should be joined.  *See Vanover v. NCO Fin. Servs., Inc.*, 857 F.3d 833, 838-39 (11th Cir. 2017).  Beck's skeletal motion fails to do so, and accordingly the motion (Doc. 13) is **DENIED**.

**SO ORDERED,** this 21st of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
